IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Columbus Allen Jr.,** | 2:23-cv-02706-KJM-EFB (HC) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **G. Matteson,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before January 31, 2025.

Dated: November 22, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1