UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLUMBUS ALLEN, JR.,

    Petitioner,

v.

G. MATTESON,

    Respondent.

No.  2:23-cv-02706-KJM-EFB (HC)

ORDER

Petitioner, a state prisoner proceeding pro se, filed this habeas action on November 20, 2023, challenging a July 2023 resentencing judgment for a 2010 conviction.  ECF No. 1; *see* ECF No. 13.  Petitioner subsequently filed two motions to stay this action pending his appeal of the new sentence in state court, citing the relevant doctrine in *Younger v. Harris*, 401 U.S. 37 (1971).  ECF Nos. 5 & 6.  On January 21, 2025, respondent filed a statement of non-opposition to both motions, reasoning that a stay seemed appropriate during appellate proceedings that may affect this action.  ECF No. 13.  The undersigned agrees, and good cause appearing, will grant petitioner's request to stay this federal habeas action until his state appeals have concluded.

Accordingly, it is ORDERED that:

1. Petitioner's unopposed motions to stay this action (ECF Nos. 5 & 6) are GRANTED;

2. The Clerk of Court shall administratively STAY this action until further notice; and

////

1

3. Petitioner shall notify this court and respondent no later than thirty days after state appellate proceedings conclude and any new judgment becomes final.

Dated: February 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE