UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR., | No. 2:23-cv-2706-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| G. MATTESON, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 11, 2025, the court granted petitioner's motions to stay the action pending exhaustion of state court remedies. ECF No. 14. The court directed petitioner to notify the court within 30 days after the conclusion of state court appellate proceedings. *Id.* Petitioner has not filed such a notice, and the stay has therefore not been lifted. Petitioner has filed a motion to substitute the Governor of California as respondent for this action. ECF No. 18.

Because the stay of this action has not been lifted, the court DENIES the motion for substitution (ECF No. 18) without prejudice. Within 30 days of the date of this order, petitioner shall file a notice informing the court of the status of state court proceedings. If such proceedings have concluded, petitioner shall file a motion to lift the stay. Once the stay has been lifted, petitioner may renew his motion for substitution.

////

SO ORDERED.

Dated: March 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE